

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS PRICE,<br>               Petitioner,<br><br>v.<br><br>KENNETH CAMERON, et al.,<br>               Respondents. | CIVIL ACTION<br><br>NO. 12-4561 |

## ORDER

AND NOW, this 30th day of January, 2013, upon independent consideration of the Petition for Writ of Habeas Corpus, the Responses thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated January 8, 2013, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
WILLIAM V. DITTER, JR., S.J.